**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| **JAKE WAYNE BRUNSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO. 7:08-CV-132 (HL)** |
| | : | |
| | : | |
| **Officer BEASLEY, et al,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 8) filed December 2,  2008  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the Plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 5th day of January, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**