IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAKE WAYNE BRUNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Officer BEASLEY, Officer LEWIS, and Officer MICHELLE,<br><br>　　　　Defendants. | Civil Action 7:08-CV-132 (HL) |

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 30), entered on October 24, 2011. Judge Langstaff recommends that this case be dismissed for lack of service. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted. This case is dismissed, and the Clerk of Court is directed to close this case.

**SO ORDERED**, this the 15th day of November, 2011.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh