**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

```
JAKE WAYNE BRUNSON,              *

    Plaintiff                    *
                                    Case Number 7:08-CV-132 (HL)
vs.                              *

Officer BEASLEY, Officer LEWIS,
and Officer MICHELLE,            *

    Defendants                   *
```

## J U D G M E N T

Pursuant to this Court's Order dated November 15, 2011, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of November, 2011.

            Gregory J. Leonard, Clerk

            s/ Robin L. Walsh, Deputy Clerk